# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, T.H. CAMPBELL, D.A. NORKIN**
Appellate Military Judges

## UNITED STATES OF AMERICA

v.

## SALIH E. FALKE
## LOGISTICS SPECIALIST SEAMAN (E-3), U.S. NAVY

### NMCCA 201500393
### SPECIAL COURT-MARTIAL

**Sentence Adjudged**: 14 October 2015.
**Military Judge**: CAPT David M. Harrison, JAGC, USN.
**Convening Authority**: Commander, U.S. Naval Forces Japan, Yokosuka, Japan.
**Staff Judge Advocate's Recommendation**: CDR T.D. Stone, JAGC, USN.
**For Appellant**: Maj Emmett Collazo, USMCR.
**For Appellee**: Mr. Brian Keller, Esq.

### 29 February 2016

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court